IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br>    Plaintiff,<br><br>v.<br><br>PROSPERUM CAPITAL PARTNERS,<br>LLC d/b/a ARSENAL FUNDING, and<br>TODAY'S ADVANCE CREDIT, INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§    EP-23-CV-00178-DB<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Plaintiff Brandon Callier ("Plaintiff") and Defendants Prosperum Capital Partners, LLC d/b/a Arsenal Funding and Today's Advance Credit, Inc. ("Defendants"), having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

**ORDERED** and **ADJUDGED** that all of Plaintiff's claims against Defendant in this lawsuit shall be, and hereby are, **DISMISSED WITH PREJUDICE**, with each party to bear its own costs of court and attorneys' fees.

SIGNED this 13th day of **October 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE